**DISMISS; Opinion Filed November 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00699-CV

### KIRK WEST, Appellant

### V.

### MIKE COLLINS, Appellee

### On Appeal from the County Court at Law No. 2
### Collin County, Texas
### Trial Court Cause No. 002-00091-2014

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Evans

Appellant's brief was originally due August 1, 2014. Despite being given more than an additional 100 days to file the brief and being cautioned that failure to do so could result in dismissal of the appeal without further notice, appellant has failed to file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

140699F.P05

/David Evans/
DAVID EVANS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KIRK WEST, Appellant

No. 05-14-00699-CV      V.

MIKE COLLINS, Appellee

On Appeal from the County Court at Law
No. 2, Collin County, Texas
Trial Court Cause No. 002-00091-2014.
Opinion delivered by Justice Evans. Justices
Francis and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Mike Collins recover his costs, if any, of this appeal from appellant Kirk West.

Judgment entered this 20th day of November, 2014.